# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN TERRY, On Behalf of Herself, All Others Similarly Situated and the General Public,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.; and REAL TIME RESOLUTIONS, INC.,<br><br>Defendant. | **Case No. 3:15-cv-01666-DMS-KSC**<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE DEADLINE TO SUBMIT PROPOSED SETTLEMENT AGREEMENT**<br><br>USDJ:   Dana M. Sabraw<br>Ctrm:   13A, 13th, Carter/Keep<br>USMJ:  Karen S. Crawford<br>Ctrm:   Ste. 1010, 10th Carter/Keep<br><br>Complaint Filed:  July 27, 2015<br>Trial Date:         June 19, 2017 |

Case No. 3:15-cv-01666-DMS-KSC
ORDER GRANTING JOINT MOTION TO CONTINUE

00124516

Pending before the Court is Plaintiff Carmen Terry and Defendants JPMorgan Chase Bank, N.A. and Real Time Resolutions, Inc.'s Joint Motion to Continue Deadline to Submit Settlement Agreement (the "Motion").

Upon review of the matter, the Court **GRANTS** the Motion. The Parties shall submit the settlement agreement and motion for preliminary approval on or before August 21, 2017.

**IT IS SO ORDERED.**

Dated: August 4, 2017

Hon. Dana M. Sabraw
United States District Judge

1   Case No. 3:15-cv-01666-DMS-KSC
ORDER GRANTING JOINT MOTION TO CONTINUE