BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
PAULA R. BROWN (254142)
701 B Street, Suite 1700
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
pbrown@bholaw.com

Attorneys for Plaintiff and Proposed Class Counsel

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN TERRY, On Behalf of Herself, All Others Similarly Situated and the General Public,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.; and REAL TIME RESOLUTIONS, INC.,<br><br>Defendant. | **Case No. 3:15-cv-01666-DMS-KSC**<br><br>**CLASS ACTION**<br><br>**NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>Date:     September 22, 2017<br>Time:    1:30 p.m.<br><br>USDJ:   Dana M. Sabraw<br>Ctrm:    13A, 13th, Carter/Keep<br>USMJ:  Karen S. Crawford<br>Ctrm:    Ste. 1010, 10th Carter/Keep<br><br>Complaint Filed:   July 27, 2015<br>Trial Date:            June 19, 2017<br><br>**DEMAND FOR JURY TRIAL** |

1    TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2    PLEASE TAKE NOTICE that in accordance with Federal Rules of Civil
3    Procedure, Rule 23, on September 22, 2017, at 1:30 p.m., in Courtroom 13A of
4    the United States District Court for the Southern District of California, located at
5    333 West Broadway, San Diego, California, the Honorable Dana M. Sabraw
6    presiding, Plaintiff Carmen Terry ("Plaintiff") and Defendants JPMorgan Chase
7    Bank, N.A. and Real Time Resolutions, Inc. (collectively, "Defendants"), will
8    and hereby do jointly move this Court for an order: (1) certifying the Settlement
9    Class for Settlement purposes; (2) designating Plaintiff Carmen Terry as Class
10   Representative; (3) appointing Blood Hurst & O'Reardon, LLP as Class Counsel
11   for the Settlement Class; (4) granting preliminary approval of the class action
12   Settlement Agreement and Release; (5) approving the proposed form, method,
13   and schedule for disseminating Class Notice to the Class; and (6) setting a date
14   for the Final Approval Hearing.

15   The Settlement Agreement and Release is attached as Exhibit A to the
16   Declaration of Timothy G. Blood filed herewith. The Proposed Order
17   Preliminarily Approving Class Action Settlement is attached as Exhibit B to the
18   Declaration of Timothy G. Blood.

19   This unopposed motion is based upon this notice, Plaintiff's memorandum
20   of points and authorities submitted herewith, the Declaration of Timothy G.
21   Blood submitted herewith, upon all papers and pleadings on file herein, and
22   further evidence and argument as the Court may choose to entertain.

23                                     Respectfully submitted,

24   Dated: August 21, 2017            BLOOD HURST & O'REARDON, LLP
                                       TIMOTHY G. BLOOD (149343)
25                                     THOMAS J. O'REARDON II (247952)
                                       PAULA R. BROWN (254142)
26

27                                     By:    s/ Timothy G. Blood
                                              TIMOTHY G. BLOOD
28
                                       701 B Street. Suite 1700

                                              1              Case No. 3:15-cv-01666-DMS-KSC

San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
pbrown@bholaw.com

HOFFMAN & FORDE,
    ATTORNEYS AT LAW
DANIEL FORDE (248461)
SCHUYLER HOFFMAN (255632)
ERICA J. SULLIVAN (306466)
3033 Fifth Avenue, Suite 225
San Diego, CA 92103
Tel: 619/546-7880
619/546-7881 (fax)
dforde@hoffmanforde.com
shoffman@hoffmanforde.com
esullivan@hoffmanforde.com

LAW OFFICE OF PETER FREDMAN
PETER B. FREDMAN (189097)
125 University Ave., Suite 102
Berkeley, CA 94710
Tel: 510/868-2626
510/868-2627 (fax)
peter@peterfredmanlaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 21, 2017.

*s/ Timothy G. Blood*
TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
701 B Street, Suite 1700
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com