1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| CARMEN TERRY, On Behalf of Herself, All Others Similarly Situated and the General Public,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.; and REAL TIME RESOLUTIONS, INC.,<br><br>Defendant. | Case No. 3:15-cv-01666-DMS-KSC<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING JOINT MOTION TO RESET FINAL APPROVAL HEARING DATE AND RELATED SETTLEMENT DEADLINE**<br><br>**Current Hearing:**<br>Date:   January 5, 2018<br>Time:   1:30 p.m.<br>Judge:  Hon. Dana M. Sabraw<br>Ctrm:   13A<br><br>**Proposed Hearing:**<br>Date:   January 19, 2018<br>Time:   1:30 p.m.<br>Judge:  Hon. Dana M. Sabraw<br>Ctrm:   13A |
|---|---|

Case No. 3:15-cv-01666-DMS-KSC
ORDER GRANTING JOINT MOTION TO RESET FINAL APPROVAL HEARING DATE

00126793
LA 52103817

Pending before the Court is Plaintiff Carmen Terry and Defendants JPMorgan Chase Bank, N.A. and Real Time Resolutions, Inc.'s Joint Motion to Reset Final Approval Hearing Date and Related Settlement Deadline (the "Motion").

Upon review of the matter, the Court **GRANTS** the Motion, and resets certain deadlines stated in its Order Granting Unopposed Motion for Preliminary Approval of Class Action Settlement (the "Preliminary Approval Order") (ECF No. 55). The Final Approval Hearing shall be continued by fourteen (14) days, from January 5, 2018 to January 19, 2018, at 1:30 p.m., in Courtroom 13A (13th Floor) of the United States District Court for the Southern District of California, located at 333 West Broadway, San Diego, California. The Parties' deadline to file briefs in response to objections and in further support of final approval and attorneys' fees shall be continued by two weeks, to January 12, 2018. All other dates and deadlines shall remain calculated pursuant to the original schedule set forth in the Preliminary Approval Order (ECF No. 55).

Accordingly, pursuant to the Motion and Preliminary Approval Order, the following dates and deadlines shall apply:

| EVENT | DATE |
| --- | --- |
| Settlement Administrator to disseminate Mail Notice and establish the Settlement Website | October 15, 2017 (See Preliminary Approval Order ¶ 8(a)-(b).) |
| Briefs in support of final approval and for award of attorneys' fees | November 21, 2017 (See Preliminary Approval Order ¶ 9.) |
| Opt-out, Objection and Notice of Appearance deadline | December 6, 2017 (See Preliminary Approval Order ¶¶ 8(d) and 10.) |

| Settlement Administrator shall file the list of valid Requests for Exclusions | December 22, 2017 (See Preliminary Approval Order ¶ 8(e).) |
|---|---|
| Briefs in response to objections and in further support of final approval and attorneys' fees | January 12, 2018 |
| Final Approval Hearing | January 19, 2018, at 1:30 p.m. |

**IT IS SO ORDERED.**

Dated: September 22, 2017

_____
Hon. Dana M. Sabraw
United States District Judge