BLOOD HURST & O'REARDON, LLP

1  BLOOD HURST & O'REARDON, LLP
   TIMOTHY G. BLOOD (149343)
2  THOMAS J. O'REARDON II (247952)
   PAULA R. BROWN (254142)
3  501 West Broadway, Suite 1490
   San Diego, CA 92101
4  Tel: 619/338-1100
   619/338-1101 (fax)
5  tblood@bholaw.com
   toreardon@bholaw.com
6  pbrown@bholaw.com

7  Class Counsel

8

9                   **UNITED STATES DISTRICT COURT**

10                  **SOUTHERN DISTRICT OF CALIFORNIA**

11 | CARMEN TERRY, On Behalf of Herself, All Others Similarly Situated and the General Public, | **Case No. 3:15-cv-01666-DMS-KSC** |

**CLASS ACTION**

Plaintiff,

**NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT AND REQUEST FOR AWARD OF ATTORNEYS' FEES AND EXPENSES**

v.

JPMORGAN CHASE BANK, N.A.; and REAL TIME RESOLUTIONS, INC.,

Defendant.

Date:    January 19, 2018
Time:    1:30 p.m.
Judge:   Dana M. Sabraw
Ctrm:    13A, Carter/Keep

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. 3:15-cv-01666-DMS-KSC

00128684

UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT

BLOOD HURST & O'REARDON, LLP

1    TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2          PLEASE TAKE NOTICE that, in accordance with Federal Rules of Civil

3    Procedure, Rule 23, on January 19, 2018, at 1:30 p.m., in Courtroom 13A of the

4    United States District Court for the Southern District of California, located at 333

5    West Broadway, San Diego, California, the Honorable Dana M. Sabraw

6    presiding, Plaintiff Carmen Terry ("Plaintiff") will and hereby does move this

7    Court, unopposed, for an order granting final approval of the class action

8    Settlement agreement and Release ("Settlement") entered into between the

9    Parties in this Action, which order includes: (1) confirming certification of the

10   Settlement Class for Settlement purposes; (2) granting final approval of the class

11   action Settlement Agreement and Release, and finding the Settlement to be fair,

12   reasonable, and adequate; (3) finding that the Class Notice was the best

13   practicable notice under the circumstances and satisfied all Constitutional and

14   other requirements; (4) releasing the Released Claims of Settlement Class

15   Members in accordance with the terms of the Settlement; (5) overruling all

16   objections to the Settlement; (6) entering judgment and dismissing the Action

17   with prejudice as provided for by the Settlement Agreement and Release;

18   (7) awarding a Service Award to the Class Representative; (8) awarding

19   attorneys' fees and expenses; and (9) issuing any related relief.

20         This unopposed motion is based upon this notice, Plaintiff's memorandum

21   of points and authorities submitted herewith, the declarations submitted herewith,

22   upon all papers and pleadings on file herein, and further evidence and argument

23   as the Court may choose to entertain.

24                                   Respectfully submitted,

25   Dated: November 21, 2017        BLOOD HURST & O'REARDON, LLP
                                     TIMOTHY G. BLOOD (149343)
26                                   THOMAS J. O'REARDON II (247952)
                                     PAULA R. BROWN (254142)
27
                                     By:        s/ Timothy G. Blood
28                                          TIMOTHY G. BLOOD

                                     1          Case No. 3:15-cv-01666-DMS-KSC

00128684

BLOOD HURST & O'REARDON, LLP

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
pbrown@bholaw.com

HOFFMAN & FORDE,
    ATTORNEYS AT LAW
DANIEL FORDE (248461)
SCHUYLER HOFFMAN (255632)
ERICA J. SULLIVAN (306466)
3033 Fifth Avenue, Suite 225
San Diego, CA 92103
Tel: 619/546-7880
619/546-7881 (fax)
dforde@hoffmanforde.com
shoffman@hoffmanforde.com
esullivan@hoffmanforde.com

LAW OFFICE OF PETER FREDMAN
PETER B. FREDMAN (189097)
125 University Ave., Suite 102
Berkeley, CA 94710
Tel: 510/868-2626
510/868-2627 (fax)
peter@peterfredmanlaw.com

*Attorneys for Plaintiff*

UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT

00128684

BLOOD HURST & O'REARDON, LLP

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 21, 2017.

*s/ Timothy G. Blood*

TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com

00128684

3         Case No. 3:15-cv-01666-DMS-KSC