**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARMEN TERRY, On Behalf of Herself, All Others Similarly Situated and the General Public,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.; and REAL TIME RESOLUTIONS, INC.,<br><br>Defendant. | **Case No. 3:15-cv-01666-DMS-KSC**<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING JOINT MOTION TO FILE OVERLENGTH MEMORANDUM IN SUPPORT OF MOTION FOR FINAL APPROVAL OF SETTLEMENT**<br><br>Date:     January 19, 2018<br>Time:    1:30 p.m.<br>Judge:   Hon. Dana M. Sabraw<br>Ctrm: 13A |

1     This cause has come before the Court upon the Joint Motion to File
2  Overlength Memorandum in Support of Motion for Final Approval of
3  Settlement. The Court, having reviewed the submissions, ORDERS,
4  ADJUDGES and DECREES that the joint motion is GRANTED, and the
5  overlength memorandum shall be deemed properly filed.

6     **IT IS SO ORDERED.**

7  Dated:  November 21, 2017

                                           Hon. Dana M. Sabraw
                                           United States District Judge